NUMBER 13-06-339-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


SEVERO OCHOA, JR., Appellant,


v.



THE CITY OF McALLEN, TEXAS, ET AL., Appellees.

_______________________________________________________


On appeal from the 92nd District Court


of Hidalgo County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, SEVERO OCHOA, JR., perfected an appeal from a judgment entered
by the 92nd District Court of Hidalgo County, Texas, in cause number C-2809-05-A. 
After the record was filed, appellees filed an unopposed motion to dismiss the appeal. 
In the motion, appellees state that this case has been settled and, as part of the
settlement agreement, the parties agree that this appeal should be dismissed. 
Appellees request that this Court dismiss the appeal in accordance with the settlement
agreement and that, except as otherwise negotiated, costs be assessed against the
party incurring same.

 The Court, having considered the documents on file and appellees' unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. 
Appellees' unopposed motion to dismiss is granted, and the appeal is hereby
DISMISSED in accordance with the parties' settlement agreement. 

 

 PER CURIAM

Memorandum Opinion delivered and filed this

the 1st day of February, 2007.